# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2015

147839 & (44)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re REGNIER, Minors.

SC: 147839
COA: 313657
Tuscola CC Family Division:
10-010036-NA

_____/

By order of October 28, 2014, the application for leave to appeal the July 23, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Farris* (Docket No. 147636). On order of the Court, the order granting leave to appeal in *Farris* having been vacated on February 6, 2015, and the parties having filed a joint motion to remand the case to the Tuscola Circuit Court, Family Division, for reconsideration in light of *In re Sanders,* 495 Mich 394 (2014), we GRANT the motion to remand. We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2015



Clerk

p0310